# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Patrick M. Flinn,<br><br>                Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA;<br>and USDA FOREST SERVICE<br><br>               Defendants. | Case No.<br>CV 14-609 JGB (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, Defendants' Motion for Summary Judgment is hereby GRANTED.

    Therefore, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: May 8, 2015

                                      Jesus G. Bernal<br>
                             United States District Judge